UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ZENDEJAS,<br>Plaintiff,<br>v.<br>UNITED STATES, et al.,<br>Defendants. | Case No. 2:26-cv-2845-JDP (P)<br><br>ORDER |

Plaintiff, a former[1] federal prisoner proceeding pro se, has filed this action under 42 U.S.C. § 1983 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, (1971). Plaintiff has not, however, filed a completed *in forma pauperis* affidavit or paid the required filing fee of $405. Plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed *in forma pauperis* or to submit the required fees.

In accordance with the above, it is hereby ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, either a properly

[1] I cannot tell from the complaint, which is difficult to read and understand, what plaintiff's carceral status is. His listed address does not appear to belong to any jail or prison, and it is unclear whether he has fully completed his sentence(s), or whether he is due to report to prison. Given that he does not appear to be in prison currently, I will not direct him to submit a copy of a prison trust fund account. Plaintiff does, however, have to submit either a completed application to proceed *in forma pauperis*, or the filing fee.

completed application to proceed *in forma pauperis* on the form provided by the Clerk of Court, or the required fees in the amount of $405.00. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

2. The Clerk of the Court is directed to send plaintiff an application to proceed *in forma pauperis* form.

IT IS SO ORDERED.

Dated: August 25, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE