UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ZENDEJAS,<br>Plaintiff,<br>v.<br>UNITED STATES, *et al.*,<br>Defendants. | Case No. 2:26-cv-2845-JDP (P)<br><br>ORDER |

Plaintiff filed this section 1983 action on August 17, 2026. ECF No. 1. He failed, however, to submit a properly supported application to proceed *in forma pauperis* ("IFP"), or to tender the filing fee. On August 25, 2026, I ordered him to either submit an IFP application or pay the filing fee within thirty days. ECF No. 3. To that end, an IFP form was sent to him with my order. On September 21, 2026, plaintiff filed a "request to accept in forma pauperis and fee waiver," ECF No. 4, which does not comply with my directions. Across four hand-written pages, plaintiff argues that he has exhausted administrative remedies, that he is owed two million dollars, and that the "United States Warden" is "military[ily] equipped." *Id.* at 1-3. None of these assertions satisfy, or even address, the issue of the filing fee. I will give plaintiff one final opportunity to settle the filing fee, either by submitting it in full or filing a properly supported application to proceed *in forma pauperis*.

Accordingly, it is ORDERED that:

1. Plaintiff's request to accept *in forma pauperis* and fee waiver, ECF No. 4, is DENIED.

2. The Clerk of Court shall send plaintiff an application to proceed *in forma pauperis* form with this order.

3. Within twenty-one days, plaintiff must submit either the filing fee or a properly supported IFP application. If he fails to comply, I will recommend this action be dismissed for failure to comply with court orders and failure to prosecute.

IT IS SO ORDERED.

Dated: September 25, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE